IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA and MARENALLEY CONSTRUCTION, LLC,** Plaintiffs, <br><br> v. <br><br> **ZURICH AMERICAN INSURANCE COMPANY and NASON CONSTRUCTION, INC.,** Defendants. | CIVIL ACTION <br><br><br> NO. 14-4581 |

## O R D E R

**AND NOW**, this 13th day of March, 2015, upon consideration of Defendant Nason Construction, Inc.'s Motion to Dismiss or, in the Alternative, Stay Plaintiff's Claims, ECF No. 18; Defendant Zurich American Insurance Company's Memorandum of Law in support thereof, ECF No. 21; Plaintiff Marenalley Construction Company's Opposition thereto, ECF No. 22; and Defendant Nason Construction, Inc.'s Reply thereto, ECF No. 26, it is **ORDERED** that the Motion is **DENIED.** The parties shall proceed in compliance with the Scheduling Order of February 13, 2015, ECF No. 31.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____
**WENDY BEETLESTONE, J.**